## People of State of Illinois ex rel. Donald C. Allensworth, Appellant, v. E. R. Stevens et al., Appellees.

### Gen. No. 10,079.

opinion filed November 4, 1946; released for publication December 10, 1946. Donald C. Allensworth, *pro se;* Woolsey, Stickney & Lucas, Burrel Barash and H. Glenn Kinsley, for appellees. Per Curiam. Not to be published in full.